IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al. ) ) ) Plaintiff, ) v. ) ) PREFERRED WALLS & CEILINGS, INC. ) d/b/a Preferred Walls and Ceilings, Inc., et al. ) ) Defendants ) | CIVIL ACTION NO. 08-00598(RMU) |

## NOTICE OF FILING OF RETURN OF SERVICE

**TO THE CLERK:**

Please enter the Return of Service attached to this notice.

**Name of Party Served:**   Preferred Walls & Ceilings, Inc.
d/b/a Preferred Walls and Ceilings, Inc.

**Date of Service:**   June 5, 2008

**Location of Service:**   810 Orchard Lane
Beavercreek, OH  45434

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s Kent G. Cprek
KENT G. CPREK
D.C. Bar No. 478231
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615

Counsel for Plaintiff

Dated: July 16, 2008

197609-1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND and
GARY J. MEYERS

**SUMMONS IN A CIVIL CASE**

V.

PREFERRED WALLS & CEILINGS, INC.
 d/b/a Preferred Walls and Ceilings, Inc.
and
PALMER COMBS, Individually

Case: 1:08-cv-00598
Assigned To : Urbina, Ricardo M.
Assign. Date : 4/7/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

PREFERRED WALLS & CEILINGS, INC.
 d/b/a Preferred Walls and Ceilings, Inc.
810 Orchard Lane, Ste. 103
Beavercreek, OH  45434

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                      APR - 7 2008

CLERK                                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 6-5-08 |
| NAME OF SERVER (PRINT) NORRIS PETTY | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: By handing to owner; Palmer Combs @ 810 Orchard Lane Beavercreek OH 45434

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-5-08           *Norris Petty*
              Date              Signature of Server

Address of Server: 131 N. Ludlow ST Suite 275 Dayton, OH

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.