IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al. )<br><br>Plaintiffs, )<br>v. )<br>)<br>PREFERRED WALLS & CEILINGS, INC. )<br>d/b/a Preferred Walls and Ceilings, Inc., et al. )<br>)<br>Defendants ) | CIVIL ACTION NO. 08-00598(RMU) |

## REQUEST TO CLERK TO ENTER
## DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendants, Preferred Walls & Ceilings, Inc., d/b/a Preferred Walls and Ceilings, Inc., ("Company") and Palmer Combs, for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Kent G. Cprek.

                                            Respectfully submitted,

                                            JENNINGS SIGMOND, P.C.

                                            BY:/s/ Kent G. Cprek
                                            KENT G. CPREK, ESQUIRE
                                            (I.D. NO. 478231)
                                            The Penn Mutual Towers, 16th Floor
                                            510 Walnut Street, Independence Square
                                            Philadelphia, PA 19106-3683
                                            (215) 351-0615

Date:  August 11, 2008                    Attorney for Plaintiff

OF COUNSEL:
JUDITH SZNYTER, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106

198156.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al. | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 08-00598(RMU) |
| v. | ) ) | |
| PREFERRED WALLS & CEILINGS, INC. d/b/a Preferred Walls and Ceilings, Inc., et al. | ) ) ) | |
| Defendants | ) ) | |

### DECLARATION OF KENT G. CPREK, ESQUIRE FOR ENTRY OF DEFAULT

Kent G. Cprek, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendant, Preferred Walls & Ceilings, Inc., d/b/a Preferred Walls and Ceilings, Inc., ("Company") on June 5, 2008, by Norris Petty, Process Server, who served Palmer Combs, Company's owner, at 810 Orchard Lane, Beavercreek, OH 45434 and on Defendant Palmer Combs ("Combs") on June 5, 2008, by Norris Petty, Process Server, who served Combs at 810 Orchard Lane, Beavercreek, OH 45434. The Return of Service has been duly docketed with the Court.

3. The time in which Defendant may answer or otherwise move as to the Complaint has expired.

4. Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

5. Defendant is neither an infant nor an incompetent person.

198156.1

6. Inasmuch as Company is a corporation, it is not in the military service.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> s/Kent G. Cprek
> KENT G. CPREK, ESQUIRE

Date: August 11, 2008

198156

2

## CERTIFICATE OF SERVICE

I, KENT G. CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

>Preferred Walls & Ceilings, Inc.
>d/b/a Preferred Walls and Ceilings, Inc.
>810 Orchard Lane, Suite 103
>Beavercreek, OH 45434
>
>Palmer Combs
>810 Orchard Lane, Suite 103
>Beavercreek, OH 45434

/s/Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: August 11, 2008

198156.1