Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

      Plaintiff(s)

V.

PREFERRED WALLS & CEILINGS, INC. et al

      Defendant(s)

Civil Action No. 08-cv-00598-RMU

RE: PALMER COMBS

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 05, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 11th day of August, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
      Deputy Clerk